CHARLES G. BOARDMAN et al., Appellants, *v.* DAVID A. TROTTER, Impleaded, etc., Respondent.

(Submitted October 21, 1889; decided November 1, 1889.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made June 3, 1889, which reversed an order of Special Term, denying a motion for a further bill of particulars.

*William S. Beaman* for appellants.

*Aaron Pennington Whitehead* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Probate of the Alleged Last Will and Testament of LOUISA M. RAMSDELL, Deceased.

(Submitted October 28, 1889; decided November 1, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial deparment, entered upon an order made the first Tuesday of January, 1889, which affirmed a decree of the Surrogate's Court of Monroe county

denying probate to the last will and testament of Louisa M. Ramsdell, deceased.

*Cassius C. Davy* for appellants.

*Eugene Van Voorhis* for respondents.

Judgment affirmed, without costs to either party on stipulation.